1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VICTORIA DOUGLAS, an individual, | Case No. 2:14-cv-4606 JEM |
|---|---|
| Plaintiff, | **ORDER TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| RADIOMETER AMERICA, INC., a Delaware Corporation; DOES 1 to 10, inclusive, | |
| Defendants. | Complaint Filed April 25, 2014 |

[PROPOSED] ORDER

18734527v.1

Pursuant to the Parties' Joint Stipulation for Dismissal with Prejudice filed on February 5, 2015, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE. Each party shall bear its own fees and costs.

DATED: February 6, 2015

*John E. McDermott*

Honorable John E. McDermott
United States District Judge